## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 268 EAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MARKEITH AIKENS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of November, 2016, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner is:

(1) Did the court illegally sentence [Aikens] on unlawful contact with a minor graded as an F-1 when it should have been graded as an F-3?

Justice Mundy did not participate in the consideration or decision of this matter.